ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CROTTY

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

 - v -

ANGELO MAZZEO,

          Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

**07 CRIM 1089**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           October 18, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07

                    MICHAEL J. GARCIA
                    United States Attorney

By: _____
    ROSEMARY NIDIRY
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    ALAN BARON, ESQ.
    Attorney for ANGELO MAZZEO

11/5/07 WHEEL A