```
UNITED STATES DISTRICT COURT                    JUDGE CROTTY
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

        v.                      :

ANGELO MAZZEO,                  :       07 Cr.

        Defendant.              :     07 CRIM 1089

- - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ANGELO MAZZEO
Defendant



_____
Witness

_____
Alan Baron, Esq.
Counsel for Defendant

Date:   New York, New York
        December 4, 2007

0202