UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ANGELO MAZZEO

2007 Cr. 1089 (PAC)

*[handwritten: Motion granted. So ordered. /s/ Paul Crotty USDJ]*

MOTION TO ADMIT COUNSEL
PRO HAC VICE

*[handwritten: "Nunc Pro Tunc" 12/4/07]*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the Affidavit of the undersigned sponsor sworn to on December 3, 2007, and the exhibits thereto, including certificates evidencing that the applicant is a member in good standing of the Bars of the State of Maryland and the District of Columbia, the undersigned, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice, as counsel for defendant Angelo Mazzeo, of:

> Alan I. Baron
> Holland & Knight LLP
> 2099 Pennsylvania Avenue NW
> Washington, D.C. 20006
> Tel.: (202) 457-5915
> Fax: (202) 955-5564
> E-mail: alan.baron@hklaw.com

There are no pending disciplinary proceedings against the applicant in any State or Federal court.

Dated:  New York, New York
        December 4, 2007

*[stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JAN 0 2 2008]*

Respectfully submitted,

*[signature]*

David D. Howe
Holland & Knight LLP
195 Broadway
New York, New York 10007
Tel. (212) 513-3200
Fax (212) 385-9010

*[vertical text: MEMO ENDORSED]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ANGELO MAZZEO | 2007 Cr.<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

DAVID D. HOWE, being duly sworn, deposes and says:

1. I am a member of the firm of Holland & Knight LLP and am a member in good standing of the bar of this Court, having been admitted on June 28, 1983. I am also admitted to practice in the courts of the State of New York and am in good standing in such courts as well.

2. I make this affidavit in support of my motion sponsoring the admission pro hac vice of Alan I. Baron as counsel for the defendant, Angelo Mazzeo. I am fully familiar with the facts and circumstances stated below.

3. Mr. Baron is a member of Holland & Knight LLP, resident in its Washington, D.C. office. Mr. Baron is the firmwide co-chair of the White Collar-Criminal Defense and the Congressional Investigations Teams at Holland & Knight. Following law school, Mr. Baron clerked for the Honorable Roszel C. Thomsen, Chief Judge of the United States District Court for the District of Maryland. He then served as an Assistant United States Attorney (Criminal Division) for the District of Maryland from 1967 to 1970. He has since served in a number of important matters, including as Special Impeachment Counsel to the United States House of Representatives (1987-1989).

4. I have known Mr. Baron since 2004. I have handled several matters with Mr. Baron including the trial of a civil action in New York State Supreme Court in which Mr. Baron was lead trial counsel (admitted pro hac vice). I have found Mr. Baron to be a highly skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the rules of the federal courts.

5. I am advised and believe that Mr. Baron is a member of the bars of the State of Maryland and the District of Columbia. Annexed hereto as Exhibits A and B, respectively, are certificates of good standing issued within the 30 days preceding by the bars of the State of Maryland and the District of Columbia. I am advised and believe that there are no pending disciplinary proceedings against the applicant in any State or Federal court.

6. Accordingly, I am pleased to sponsor and move the admission of Mr. Baron pro hac vice as counsel for the defendant.

7. A proposed order granting such admission shall be submitted herewith.

WHEREFORE, it is respectfully requested that the Court admit Alan I. Baron pro hac vice as counsel for the defendant.

David D. Howe

Sworn to before me this
3rd day of December, 2007

Notary Public

TIMOTHY B. FROESSEL
Notary Public, State of New York
No. 02FR5017556
Qualified in Putnam County
Commission Expires September 7, 2009

2

Case 1:07-cr-01089-PAC   Document 5   Filed 01/02/2008   Page 4 of 7

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the ninth day of December, 1966,

### Alan I. Baron

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifteenth day of November, 2007.

_Alexander L. Cummings_
Clerk of the Court of Appeals of Maryland

Case 1:07-cr-01089-PAC    Document 5    Filed 01/02/2008    Page 6 of 7



# District of Columbia Court of Appeals

Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ALAN I. BARON

was on the 4TH day of FEBRUARY, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 14, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk